# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AVITAL JEHUDA, | No. CV 12-6013-VAP (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KERN VALLEY STATE PRISON WARDEN, M. BITER, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the first amended petition is denied and dismissed with prejudice.

DATED: August 29, 2013

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE